FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 MAY 23 PM 2: 33

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1598

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

*Robert Bishop, et al. v. Metabolife International, Inc., et al.,*
D. Maryland, C.A. No. 1:05-849
*Darryl Kroeger, et al. v. Rexall Sundown, Inc., et al.,* D. Nebraska, C.A. No. 8:05-121
*Bertwin Martin v. RS Oldco, Inc., et al.,* D. Virgin Islands, C.A. No. 1:05-26

8:05cv121

### CONDITIONAL TRANSFER ORDER (CTO-18)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 296 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 19 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-18)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Lisa R. King Ackley
Walsworth, Franklin, Bevins & McCall
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

Nirzam Arain
Kenneth B. Moll & Associates
Three First National Plaza
50th Floor
Chicago, IL 60602

Pamela Lynn Colon
Law Office Of Pamela Lynn Colon
36C Strand Street, 3rd Floor
St. Croix, VI 00820

Gerard J. Emig
Gleason, Flynn Emig & Fogelman
11 North Washington Street
Suite 400
Rockville, MD 20850-4278

John M. Kell
Lampin, Kell Law Firm
4700 New Mexico Road
St. Peters, MO 63376

Peter C. Neger
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022

Daniel A. Raniere
Aubuchon, Raniere & Panzeri
1015 Locust Street
Suite 905
St. Louis, MO 63101

Terri Steinhaus Reiskin
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, DC 20004-1109

Terrence J. Salerno
10665 Bedford Avenue
Suite 200
Omaha, NE 68134

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
10th Floor
New York, NY 10004-2502

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith, LLP
550 West C Street
Suite 800
San Diego, CA 92101-3531

Stephen R. Stern
Hoffinger, Stern & Ross
150 East 58th Street
19th Floor
New York, NY 10155

Diane P. Sullivan
Dechert, LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Joseph P. Thomas
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409